# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------- x
JOSEPH STECHLER; GAIL STECHLER; and          :
STECHLER & CO., INC. f/k/a JOSEPH            :
STECHLER & CO., INC,                         :  **Civ. Action No.**
                                             :
                  Plaintiffs,                :
                                             :  **STIPULATION OF CONSENT**
         - against -                         :  **TO REMOVAL OF ACTION**
                                             :  **TO FEDERAL COURT**
SIDLEY AUSTIN BROWN & WOOD LLP;              :
R.J. RUBLE; ALPHA CONSULTANTS, INC.;         :
ALPHA CONSULTANTS, L.L.C.; IVAN ROSS;        :
IRWIN ROSEN; GRANT THORNTON, L.L.P.;         :
GRANT THORNTON INTERNATIONAL; ISRAEL         :
PRESS; REFCO CAPITAL MARKETS, LTD.; and      :
REFCO CAPITAL LLC,                           :
                                             :
                  Defendants.                :
------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by counsel to the undersigned Defendants in this civil action, that they consent to the removal of this action from the Superior Court of the State of New Jersey, Bergen County, to the United States District Court for the District of New Jersey. The undersigned Defendants' consent to this removal shall not constitute a waiver of any of their rights, including but not limited to their right to move to stay this action pending arbitration.

This stipulation may be executed in counterparts and may be filed with the Court without further notice.

Dated: July 8, 2005

| | |
|---|---|
| LUM, DANZIS, DRASCO & POSITAN, LLC | FRANKEL & ABRAMS |

*[signature]*

   Dennis J. Drasco (DJD 2022    )
   Kevin J. O'Connor (KJO 9378    )
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 403-9000

Aaron R. Marcu
Andrew A. Ruffino
Jason P. Criss
COVINGTON & BURLING
1330 Avenue of the Americas
New York, New York 10019
(212) 841-1000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendant*
*Sidley Austin Brown & Wood LLP*

   Stuart E. Abrams
   William J. Brady III
230 Park Avenue
New York, New York 10169
(212) 661-5000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendant R.J. Ruble*


EDWARDS & ANGELL, LLP

*[signature]*

   Cathy Fleming (CF 2682)
51 John F. Kennedy Parkway
Short Hills, New Jersey
(973) 376-7700

Gary A. Woodfield
EDWARDS & ANGELL, LLP
One North Clematis Street, Suite 400
West Palm Beach, Florida 33401
(561) 833-7700
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Alpha Consultants,*
*Inc., Alpha Consultants, L.L.C., and Ivan Ross*

STROOCK & STROOCK & LAVAN LLP

   Bruce H. Schneider
   Tamim A. Hakemi
180 Maiden Lane
New York, New York 10038
(212) 661-5000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendants Grant Thornton,*
*L.L.P., Grant Thornton International and*
*Israel Press*

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, A
PROFESSIONAL CORPORATION

_____

  Thomas R. Valen (TRV _____)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500

Michael O. Ware
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
(212) 506-2500
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Refco Capital
Markets, Ltd. and Refco Capital LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

| | |
|---|---|
| JOSEPH STECHLER; GAIL STECHLER; and STECHLER & CO., INC. f/k/a JOSEPH STECHLER & CO., INC, | Civ. Action No. |
| Plaintiffs, | |
| - against - | STIPULATION OF CONSENT TO REMOVAL OF ACTION TO FEDERAL COURT |
| SIDLEY AUSTIN BROWN & WOOD LLP; R.J. RUBLE; ALPHA CONSULTANTS, INC.; ALPHA CONSULTANTS, L.L.C.; IVAN ROSS; IRWIN ROSEN; GRANT THORNTON, L.L.P.; GRANT THORNTON INTERNATIONAL; ISRAEL PRESS; REFCO CAPITAL MARKETS, LTD.; and REFCO CAPITAL LLC, | |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED, by counsel to the undersigned Defendants in this civil action, that they consent to the removal of this action from the Superior Court of the State of New Jersey, Bergen County, to the United States District Court for the District of New Jersey. The undersigned Defendants' consent to this removal shall not constitute a waiver of any of their rights, including but not limited to their right to move to stay this action pending arbitration.

This stipulation may be executed in counterparts and may be filed with the Court without further notice.

Dated: July 8, 2005

| | |
|---|---|
| LUM, DANZIS, DRASCO & POSITAN, LLC | FRANKEL & ABRAMS |

/s/ _____
  Dennis J. Drasco (DJD 2022  )
  Kevin J. O'Connor (KJO 9378  )
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 403-9000

Aaron R. Marcu
Andrew A. Ruffino
Jason P. Criss
COVINGTON & BURLING
1330 Avenue of the Americas
New York, New York 10019
(212) 841-1000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendant*
*Sidley Austin Brown & Wood LLP*

/s/ _____
  Stuart E. Abrams
  William J. Brady III
230 Park Avenue
New York, New York 10169
(212) 661-5000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendant R.J. Ruble*


EDWARDS & ANGELL, LLP          STROOCK & STROOCK & LAVAN LLP

_____
  Cathy Fleming (CF 2682)
51 John F. Kennedy Parkway
Short Hills, New Jersey
(973) 376-7700

Gary A. Woodfield
EDWARDS & ANGELL, LLP
One North Clematis Street, Suite 400
West Palm Beach, Florida 33401
(561) 833-7700
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Alpha Consultants,*
*Inc., Alpha Consultants, L.L.C., and Ivan Ross*

_____
  Bruce H. Schneider
  Tamim A. Hakemi
180 Maiden Lane
New York, New York 10038
(212) 661-5000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendants Grant Thornton,*
*L.L.P., Grant Thornton International and*
*Israel Press*

2

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, A
PROFESSIONAL CORPORATION


_____

  Thomas R. Valen (TRV _____)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500

Michael O. Ware
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
(212) 506-2500
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Refco Capital
Markets, Ltd. and Refco Capital LLC*

3

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------- x
JOSEPH STECHLER; GAIL STECHLER; and
STECHLER & CO., INC. f/k/a JOSEPH
STECHLER & CO., INC,                                    : **Civ. Action No.**

                Plaintiffs,

                                                       : **STIPULATION OF CONSENT**
      - against -                              : **TO REMOVAL OF ACTION**
                                                   : **TO FEDERAL COURT**

SIDLEY AUSTIN BROWN & WOOD LLP;
R.J. RUBLE; ALPHA CONSULTANTS, INC.;
ALPHA CONSULTANTS, L.L.C.; IVAN ROSS;
IRWIN ROSEN; GRANT THORNTON, L.L.P.;
GRANT THORNTON INTERNATIONAL; ISRAEL
PRESS; REFCO CAPITAL MARKETS, LTD.; and
REFCO CAPITAL LLC,

                Defendants.
------------------------------------- x

      IT IS HEREBY STIPULATED AND AGREED, by counsel to the undersigned Defendants in this civil action, that they consent to the removal of this action from the Superior Court of the State of New Jersey, Bergen County, to the United States District Court for the District of New Jersey. The undersigned Defendants' consent to this removal shall not constitute a waiver of any of their rights, including but not limited to their right to move to stay this action pending arbitration.

      This stipulation may be executed in counterparts and may be filed with the Court without further notice.

Dated: July 8, 2005

LUM, DANZIS, DRASCO & POSITAN, LLC

_____
  Dennis J. Drasco (DJD 2077    )
  Kevin J. O'Connor (KJO 4378   )
103 Eisenhower Parkway
Roseland, New Jersey 07068
(973) 403-9000

Aaron R. Marcu
Andrew A. Ruffino
Jason P. Criss
COVINGTON & BURLING
1330 Avenue of the Americas
New York, New York 10019
(212) 841-1000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendant*
*Sidley Austin Brown & Wood LLP*


FRANKEL & ABRAMS

_____
  Stuart E. Abrams
  William J. Brady III
230 Park Avenue
New York, New York 10169
(212) 661-5000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendant R.J. Ruble*


EDWARDS & ANGELL, LLP

_____
  Cathy Fleming (CF 2682)
51 John F. Kennedy Parkway
Short Hills, New Jersey
(973) 376-7700

Gary A. Woodfield
EDWARDS & ANGELL, LLP
One North Clematis Street, Suite 400
West Palm Beach, Florida 33401
(561) 833-7700
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Alpha Consultants,*
*Inc., Alpha Consultants, L.L.C., and Ivan Ross*


STROOCK & STROOCK & LAVAN LLP

_____
  Bruce H. Schneider
  Tamim A. Hakemi
180 Maiden Lane
New York, New York 10038
(212) 661-5000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendants Grant Thornton,*
*L.L.P., Grant Thornton International and*
*Israel Press*

2

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, A
PROFESSIONAL CORPORATION

_____

   Thomas R. Valen (TRV _____)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500

Michael O. Ware
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
(212) 506-2500
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Refco Capital
Markets, Ltd. and Refco Capital LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

------------------------------------- x

JOSEPH STECHLER; GAIL STECHLER; and
STECHLER & CO., INC. f/k/a JOSEPH
STECHLER & CO., INC,

                  Plaintiffs,

- against -

SIDLEY AUSTIN BROWN & WOOD LLP;
R.J. RUBLE; ALPHA CONSULTANTS, INC.;
ALPHA CONSULTANTS, L.L.C.; IVAN ROSS;
IRWIN ROSEN; GRANT THORNTON, L.L.P.;
GRANT THORNTON INTERNATIONAL; ISRAEL
PRESS; REFCO CAPITAL MARKETS, LTD.; and
REFCO CAPITAL LLC,

                  Defendants.

------------------------------------- x

Civ. Action No.

**STIPULATION OF CONSENT
TO REMOVAL OF ACTION
TO FEDERAL COURT**

    IT IS HEREBY STIPULATED AND AGREED, by counsel to the undersigned Defendants in this civil action, that they consent to the removal of this action from the Superior Court of the State of New Jersey, Bergen County, to the United States District Court for the District of New Jersey. The undersigned Defendants' consent to this removal shall not constitute a waiver of any of their rights, including but not limited to their right to move to stay this action pending arbitration.

    This stipulation may be executed in counterparts and may be filed with the Court without further notice.

Dated: July 8, 2005

| | |
|---|---|
| LUM, DANZIS, DRASCO & POSITAN, LLC | FRANKEL & ABRAMS |

/s/ *[signature]*

_____          _____
  Dennis J. Drasco (DJD 2077    )            Stuart E. Abrams
  Kevin J. O'Connor (KJO 9378   )            William J. Brady III
103 Eisenhower Parkway                              230 Park Avenue
Roseland, New Jersey 07068                          New York, New York 10169
(973) 403-9000                                      (212) 661-5000
                                                     *(pro hac vice applications to be submitted)*

Aaron R. Marcu
Andrew A. Ruffino                                   *Attorneys for Defendant R.J. Ruble*
Jason P. Criss
COVINGTON & BURLING
1330 Avenue of the Americas
New York, New York 10019
(212) 841-1000
*(pro hac vice applications to be submitted)*

*Attorneys for Defendant*
*Sidley Austin Brown & Wood LLP*


| | |
|---|---|
| EDWARDS & ANGELL, LLP | STROOCK & STROOCK & LAVAN LLP |

_____          _____
  Cathy Fleming (CF 2682)                     Bruce H. Schneider
51 John F. Kennedy Parkway                          Tamim A. Hakemi
Short Hills, New Jersey                             180 Maiden Lane
(973) 376-7700                                      New York, New York 10038
                                                     (212) 661-5000
Gary A. Woodfield                                   *(pro hac vice applications to be submitted)*
EDWARDS & ANGELL, LLP
One North Clematis Street, Suite 400                *Attorneys for Defendants Grant Thornton,*
West Palm Beach, Florida 33401                      *L.L.P., Grant Thornton International and*
(561) 833-7700                                      *Israel Press*
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Alpha Consultants,*
*Inc., Alpha Consultants, L.L.C., and Ivan Ross*

2

GIBBONS, DEL DEO, DOLAN,
GRIFFINGER & VECCHIONE, A
PROFESSIONAL CORPORATION


_____
Thomas R. Valen (TRV 6727)
One Riverfront Plaza
Newark, New Jersey 07102
(973) 596-4500

Michael O. Ware
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019
(212) 506-2500
*(pro hac vice application to be submitted)*

*Attorneys for Defendants Refco Capital Markets, Ltd. and Refco Capital LLC*

3